UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:13-CR-129 RLM |
| | ) | |
| ROBERT LYONS | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 3, 2013. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Robert Lyons' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   December 20, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court